**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| KAYLA W., by and through her Parent, CATRINA J., | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | No. 20-6082 |
| v. | : | |
| | : | |
| CHICHESTER SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

**AND NOW**, this **<u>18th</u> day** of **February, 2022**, it is **ORDERED** that Plaintiffs Kayla W. and Catrina J.'s Motion for Judgment on the Administrative Record (ECF No. 13) is **GRANTED** in part and **DENIED** in part. Defendant Chichester School District's Motion for Judgment on the Administrative Record (ECF No. 14) is **GRANTED** in part and **DENIED** in part.

Plaintiffs are awarded 84 full days of compensatory education covering the period from May 12, 2017 through November 15, 2017. Plaintiffs' motion is **DENIED** as to the 2016-2017 school year prior to May 12, 2017.

The Chichester School District's motion is **DENIED** as to the period from May 12, 2017 through November 15, 2017 and **GRANTED** as to the 2016-2017 school year prior to May 12, 2017.

It is **FURTHER ORDERED** that the parties must meet and confer as to the provision of compensatory education and report back to the Court **on or before March 11, 2022**. Plaintiffs must also file their petition for reasonable attorneys' fees **on or before March 11, 2022**.

1

*S/Anita B. Brody*
ANITA B. BRODY, J.

Copies VIA ECF